UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-02592-MCS<br>USBC Distrct Court of California Riverside, 6:23-bk-12550 AP Docket, 6:24-ap-01076 | Date | December 5, 2025 |

Title   *In re Steiner*

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING APPEAL (JS-6)**

On September 30, 2025, Appellants Kristen R. Steiner and Jason D. Steiner appealed from the United States Bankruptcy Court for the Central District of California and elected to proceed with the appeal before this District Court. (Notice of Appeal, ECF No. 1.)[1] On October 8, the Court issued a Notice Regarding Appeal from Bankruptcy Court notifying Appellants of certain filing requirements and deadlines. (Notice Re: Appeal from Bankr. Ct., ECF No. 5.) Specifically, the Court informed Appellants of the requirement to file with this Court a certification of interested parties and notice of related cases, as well as the requirement to file with the Bankruptcy Court, within fourteen days of filing the notice of appeal, (1) a designation of record, (2) a statement of issues on appeal, and (3) a notice regarding ordering transcripts. (*Id.* at 1.) The Court warned Appellants that "failure . . . to

---

[1] On October 11, 2025, Appellants filed an amended notice of appeal that attached a file-stamped copy of the order and judgment they were appealing. (Am. Notice of Appeal, ECF No. 7.)

comply with time requirements as stated in this notice and applicable rules may result in the dismissal of the appeal." (*Id.* at 2 (emphasis removed).)

      A review of the dockets here and before the Bankruptcy Court reveals that Appellants have not filed any of the required documents with either court. Consequently, this appeal is dismissed for failure to prosecute.

**IT IS SO ORDERED.**

**cc: Bankruptcy Court**